IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02274-REB-KLM

BRYAN MCQUEARY, on behalf of himself and others similarly situated,

    Plaintiff,

v.

CONFLUENCE ENERGY, LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Amend Scheduling Order** [#40] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#40] is **GRANTED**. Discovery cutoff is extended to **November 30, 2015**.

    Dated:  October 5, 2015