**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-02274-REB-KLM

BRYAN MCQUEARY, on behalf of himself and others similarly situated,

    Plaintiff,

v.

CONFLUENCE ENERGY, LLC,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the parties' **Agreed Motion To Approve Settlement Agreement** [49][1] filed March 18, 2016. After careful review of the motion and the file, I conclude that the motion should be granted, that the settlement agreement should be approved, and that this case should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Agreed Motion To Approve Settlement Agreement** is granted;

2. That the **Settlement Agreement of Collective Action Claims** [#49-1] filed March 18, 2016, is approved; and

3. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

---

[1] "[#49]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated April 8, 2016, at Denver, Colorado.

                                              **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge